IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**K. MALIK FERGUSON,**

    **Plaintiff.**

v.                              **CIVIL ACTION NO. 3:20-cv-00761**

**LORI KING,**

    **Defendant.**

## AGREED STIPULATION

**COME NOW**, Plaintiff K. Malik Ferguson, by and through his respective undersigned counsel, and Defendant Lori King, by and through her respective undersigned counsel, and, pursuant to Rule 29 of the Federal Rules of Civil Procedure and Local Rule 37.1(c), **HEREBY STIPULATE** to an extension of the deadline for filing their Rule 26(a)(1) Disclosures to March 15, 2021.

**STIPULATED AND AGREED TO BY:**

  /s/ Michael J. Farrell
Michael J. Farrell, Esquire (WVSB: 1168)
**Farrell, White & Legg PLLC**
P.O. Box 6457
Huntington, WV 25772
Email: mjf@farrell3.com
*Counsel for Plaintiff*

  /s/ Dwayne E. Cyrus (with permission)
Dwayne E. Cyrus, Esquire (WVSB: 5160)
Brittany Ryers-Hindbaugh, Esquire (WVSB: 13934)
**Shuman McCuskey Slicer PLLC**
1411 Virginia St. East #200

Charleston, WV 25301
Email: dcyrus@shumanlaw.com
***Counsel for Lori King***